1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MICHAEL PLUTH,
11              Petitioner,                  No. CIV S-06-1557 LKK KJM P
12        vs.
13   M.C. KRAMER,
14              Respondent.              ORDER
15   _____/
16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis
18   affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner
19   will be provided the opportunity to either submit the appropriate affidavit in support of a request
20   to proceed in forma pauperis or submit the appropriate filing fee.
21              In accordance with the above, IT IS HEREBY ORDERED that:
22              1. Petitioner shall submit, within thirty days from the date of this order, an
23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24   petitioner's failure to comply with this order will result in the dismissal of this action; and
25   /////
26   /////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: July 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10  /mp
    plut1557.101a

2