IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PLUTH,

     Petitioner,                   No. CIV S-06-1557 LKK KJM P

     vs.

M.C. KRAMER,

     Respondent.             ORDER

_____/

     Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's May 3, 2007 motion for an extension of time is granted; and

     2. Petitioner shall file and serve a traverse on or before June 16, 2007.

DATED: May 11, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
plut1557.111