IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PLUTH,

      Petitioner,               No. CIV S-06-1557 LKK KJM P

    vs.

M.C. KRAMER,

      Respondent.             ORDER

_____/

      Petitioner has filed his third motion for an extension of time to file and serve a traverse.  Good cause appearing, the motion will be granted, IT IS HEREBY ORDERED that:

      1. Petitioner's July 13, 2007 motion for an extension of time is granted; and

      2. Petitioner shall file and serve his traverse on or before August 16, 2007.

DATED: July 26, 2007.

                                              _____
                                              U.S. MAGISTRATE JUDGE

/ke
plut1557.111sec(2)