# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PLUTH, | * | No. 2:06-cv-01557-AK |
| Petitioner, | * | |
| v. | * | |
| M.C. KRAMER, | * | ORDER |
| Respondent. | * | |

Respondent has notified the court that petitioner Michael Pluth was released on parole on February 2, 2009. Petitioner's habeas petition challenges only the governor's reversal of a prior parole grant. Petitioner is therefore ordered to show cause why his petition should not be dismissed as moot in light of his release. Petitioner has 15 days from the date of this order to file a response; failure to do so will result in the immediate dismissal of the petition.

March 4, 2009

ALEX KOZINSKI
United States Chief Circuit Judge
Sitting by designation