UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PLUTH, | No. 2:06-cv-01557-AK |
| Petitioner, | |
| v. | |
| M.C. KRAMER, Warden FSP, | ORDER |
| Respondent. | |

Michael Pluth, a California state prisoner, filed this habeas petition alleging that the governor's reversal of a parole grant violated his constitutional rights. Pluth has since been released on parole. He was ordered to show cause why his petition should not be dismissed as moot in light of his release, but did not respond. Because Pluth has obtained the relief sought—release on parole—his petition is moot and must be dismissed. See Burnett v. Lampert, 432 F.3d 996, 1001 (9th Cir. 2005); Fendler v. U.S. Bureau of Prisons, 846 F.2d 550, 555 (9th Cir. 1988).

April 8, 2009

ALEX KOZINSKI
United States Chief Circuit Judge
Sitting by designation